Mike Arias (CSB 115385)
marias@asstlawyers.com
Mikael H. Stahle (CSB 182599)
mstahle@asstlawyers.com
David A. Mallen (CSB 159593)
david@asstlawyers.com
**ARIAS SANGUINETTI STAHLE & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone: (310) 670-1600
*Attorneys for Plaintiff*

Janice P. Brown, Esq. (114433)
brown@brownlawgroup.com
Noah J. Woods, Esq. (264823)
woods@brownlawgroup.com
**BROWN LAW GROUP**
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701
*Attorneys for CENTURYLINK, INC.*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BICKLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK, INC., a Louisiana Corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01014-MMM(AS)<br><br>**STIPULATION TO AMEND CASE CAPTION**<br><br>State Court Action Filed: Dec. 2, 2014<br>Removal Filed: February 11, 2015 |

The parties, through their undersigned counsel, hereby stipulate and request that the case caption be amended to reflect that the correct name of the defendant named in this action is CENTURYLINK COMMUNICATIONS, LLC. CENTURYLINK COMMUNICATIONS, LLC previously identified its correct name in the Joint Rule 26(f) Report (Dkt # 13). A proposed Order has been lodged

1  contemporaneously with the filing of this Stipulation.
2  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4  Dated: August 10, 2015          **ARIAS SANGUINETTI STAHLE & TORRIJOS, LLP**

6                         By:  */s/ Mikael H. Stahle*
                               Mike Arias
                               Mikael H. Stahle
                               David A. Mallen
                               Attorneys for Plaintiff
                               Plaintiff Chris Bickley

11 Dated: August 10, 2015          **BROWN LAW GROUP**

                          By:  */s/ Noah J. Woods*
                               Janice P. Brown, Esq.
                               Noah J. Woods, Esq.
                               Attorneys for Defendant,
                               CenturyLink Sales Solutions, Inc.