1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BICKLEY,<br><br>      Plaintiff,<br><br>  vs.<br><br>CENTURYLINK, INC., et al.,<br><br>      Defendants. | CASE NO. 15-cv-01014 JGB (AS)<br><br>Honorable Jesus G. Bernal<br>Courtroom 1 (Riverside)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF CHRIS BICKLEY PURSUANT TO ACCEPTANCE OF OFFER OF JUDGMENT UNDER RULE 68** |

Pursuant to an Offer of Judgment of Defendant CenturyLink Communications, LLC ("Defendant"), dated March 17, 2016 ("Offer"), accepted by Plaintiff Chris Bickley ("Plaintiff") on March 30, 2016, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in favor of Plaintiff on Plaintiff's Second, Third, Fourth, Fifth, Sixth, Seventh, and Ninth Causes of Action contained in Plaintiff's Second Amended Complaint, filed on April 5, 2016, pursuant to which judgment, Defendant shall pay to Plaintiff:

   a. The sum of $212,727.09; and

   b. All recoverable statutory costs (including reasonable attorneys' fees where recoverable and authorized by statute) accrued to the date of the Offer and applicable to the above causes of action in an amount to be determined and approved by the Court following the filing of a regularly noticed motion and an opportunity by Defendant to respond.

Dated: May 25, 2016

_____
The Honorable Jesus G. Bernal
United States District Judge