# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BICKLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK COMMUNICATIONS, LLC, a Delaware Corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-01014-JGB-AS<br><br>Honorable Jesus G. Bernal<br>Courtroom 1 (Riverside)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT CENTURYLINK COMMUNICATIONS, LLC AS TO PLAINTIFF CHRIS BICKLEY'S FIRST, EIGHTH, TENTH AND ELEVENTH CLAIMS FOR RELIEF** |

Pursuant to the Court's Order granting Defendant CenturyLink Communications LLC's ("CenturyLink") Motion for Partial Summary Judgment on July 21, 2016 (Doc. No. 105), which is fully incorporated herein by this reference, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Judgment is entered in favor of CenturyLink against Plaintiff Chris Bickley ("Plaintiff") as to Plaintiff's First, Eighth, Tenth and Eleventh Claims for Relief contained in Plaintiff's Second Amended Complaint, filed on April 5, 2016 (Doc. No. 58); and

2. CenturyLink shall be entitled to seek the recovery of statutory costs in an amount to be determined and approved by the Court following the filing of a regularly noticed motion.

**IT IS SO ORDERED.**

Dated: June 15, 2017       By: _____
                               Honorable Jesus G. Bernal
                               United States District Judge